THE STATE EX REL. RICHARD, APPELLANT, *v.* SEIDNER, WARDEN, APPELLEE.

[Cite as *State ex rel. Richard v. Seidner* (1996), 74 Ohio St.3d 634.]

(No. 95–2263—Submitted January 23, 1996—Decided February 28, 1996.)

*Donald L. Richard, Sr., pro se.*

*Betty D. Montgomery,* Attorney General, and *Charles L. Wille,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.